

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BERNARD WALTER CHRISTMANN, | § | No. 08-23-00338-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 243rd Judicial District Court |
| | § | |
| THE STATE OF TEXAS | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 20220D00631) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF NOVEMBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Soto, JJ.